IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 18 |
| | ) |
| BARRY M. YOUNG, | ) |
| | ) |
| Defendant. | ) |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about the April 25, 2003, in the District of Delaware, in a matter within the jurisdiction of the United States Department of Justice, a Department of the United States, the defendant, BARRY M. YOUNG, did knowingly and willfully make a false and fraudulent material statement; that is, on a Financial Statement of Debtor, DOJ Form OBD-500, BARRY M. YOUNG failed to report his employment by the State of Delaware as a high school teacher and falsely represented that his monthly income was $720.00, when in fact, as the defendant well knew, his monthly income was greater than that amount, in violation of Title 18, United States Code, Section 1001(a).

FILED
FEB 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### COUNT TWO

On or about the August 8, 2005, in the District of Delaware, in a matter within the jurisdiction of the United States Department of Justice, a Department of the United States, the defendant, BARRY M. YOUNG, did knowingly and willfully make a false and material statement; that is on a Financial Statement of Debtor, DOJ Form OBD-500, BARRY M. YOUNG failed to report his employment by the State of Delaware as a high school teacher and falsely represented that his monthly income was $250.00, when in fact, as the defendant well

knew, his monthly income was greater than that amount, in violation of Title 18, United States Code, Section 1001(a).

## COUNT THREE

On or about the December 14, 2005, in the District of Delaware, in a matter within the jurisdiction of the United States Department of Justice and the United States Department of Health and Human Services, both Departments of the United States, the defendant, BARRY M. YOUNG, did knowingly and willfully make a false and fraudulent material statements and representations; that is he told known federal agents of the Department of Health and Human Services that his name was David Garvin, when in fact his name is Barry Young, and told these same agents that Barry Young was not employed as a school teacher, when in fact he was so employed, in violation of Title 18, United States Code, Section 1001(a).

## COUNT FOUR

On or about the December 19, 2005, in the District of Delaware, in a matter within the jurisdiction of the United States Department of Justice and the United States Department of Health and Human Services, both Departments of the United States, the Defendant, BARRY M. YOUNG, did knowingly and willfully make false and fraudulent material statements and representations; that is he told known federal agents of the Department of Health and Human Services that Perry Patel incorporated Tracer Air, Inc. and served as its registered agent, when in fact that function was performed by the defendant, and also told these same agents that David Garvin was the President of Tracer Air, Inc., when in fact David Garvin was not the president of Tracer Air, Inc., in violation of Title 18, United States Code, Section 1001(a).

A TRUE BILL:


Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney


Dated: February 6, 2007