*FILED IN OPEN COURT 3/1/07 KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                              )<br>            Plaintiff,                       )<br>                                              )<br>                                              )   CASE NO. **CR 07-18-GMS**<br>      vs.                                     )<br>                                              )<br>  **BARRY M. YOUNG**                           )<br>                                              )<br>            Defendant.                        )  | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **March 1, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until **May 11, 2007**. The time between the date of this order and **May 11, 2007** shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

*/s/ Mary Pat Thynge*
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney