AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
BARRY M. YOUNG

Bear, DE 19701

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 07-18 (UNA)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Courtroom #6C, 6th Floor** |
| Before: Honorable Mary Pat Thynge, United States Magistrate Judge | Date and Time<br>3/1/07 at 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1001(a)__

Brief description of offense:

KNOWINGLY AND WILLINGLY MAKING A FALSE AND FRAUDULENT MATERIAL STATEMENT

*FILED 2007 MAR -5 AM 8:45 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

Ouello Watson, Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

February 12, 2007 in Wilmington, DE
Date

FILED
MAR 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via Cert Mail - Def._
_appeared for court._

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _2-28-07_
         Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

D.I. #_____

CRIM **ACTION NUMBER:** _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

[Certified mail receipt addressed to Barry M. Young, Bear, DE 19701, dated 2/12, PS Form 3800, June 2002]