IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Crim. Action No. 07-18-GMS |
| | : |
| BARRY M. YOUNG, | : |
| | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Ilana H. Eisenstein and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                    By:    /s/David L. Hall
                            David L. Hall
                            Assistant United States Attorney

Dated: June 26, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>BARRY M. YOUNG, :<br>:<br>Defendant. : | Crim. Action No. 07-18-GMS |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 26, 2007, I electronically filed:

### SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Victor F. Battaglia, Esquire
Biggs and Battaglia
921 N. Orange Street
Wilmington, DE 19899

/s/   Jennifer Brown
Jennifer Brown