

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

October 10, 2007

Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    United States v. Barry M. Young
             Cr.A.No. 07-18-GMS

Dear Chief Judge Sleet:

    Following the September 20, 2007 meeting in chambers, counsel for the government and defendant have discussed pretrial diversion as an alternative means of resolving this matter, as the Court directed. The government has determined, in an exercise of its discretion, that this case is not appropriate for pretrial diversion. We request, therefore, that the Court schedule the matter for sentencing.

    Thank you for your consideration.

                                                     Respectfully,

                                                   COLM F. CONNOLLY
                                                   United States Attorney

                                               BY: _____
                                               David L. Hall
                                               Assistant United States Attorney

DLH/jb
cc:    Victor F. Battaglia, Esquire