IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-18-GMS |
| | ) |
| BARRY M. YOUNG, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David C. Weiss, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts III and IV of the Indictment returned on February 6, 2007.

COLM F. CONNOLLY
United States Attorney

By: /s/
David C. Weiss
First Assistant United States Attorney

Dated: October 29, 2007

IT IS SO ORDERED this 29th day of Oct., 2007.

_____
HONORABLE GREGORY M. SLEET
United States District Court